CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, NEHEMIAH KONG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG, | Case No.: 2:20-cv-00196-RGK-AS |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| MATTHEW M. GOLDFIELD, in individual and representative capacity as trustee of The Matthew M. Goldfield Trust dated December 10, 2015; POURSALIMI & SONS, INC., a California Corporation; LEE MONGOLIAN BBQ, CO., a California Corporation; and Does 1-10, | |
| Defendants. | |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

CENTER FOR DISABILITY ACCESS

Dated: October 02, 2020        /s/ Amanda Seabock
                              Amanda Seabock
                              Attorney for Plaintiff